```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                  :
DARRYL C. CARTER,                                                 :
                                                                  :
                                    Plaintiff,                    :
                                                                  :          23-CV-10887 (JMF)
                  -v-                                             :
                                                                  :                 ORDER
MOLLY WASOW PARK, et al.,                                         :
                                                                  :
                                    Defendants.                   :
                                                                  :
------------------------------------------------------------------X
```

JESSE M. FURMAN, United States District Judge:

On March 21, 2024, the Court granted Plaintiff's motion for permission for electronic case filing.  *See* ECF No. 16.  On March 25, 2024, Plaintiff emailed and called the Court, violating the Court's Individual Rules and Practices in Civil *Pro Se* Cases (available at [http://nysd.uscourts.gov/judge/Furman](http://nysd.uscourts.gov/judge/Furman)), which prohibit *pro se* Plaintiffs from directly contacting Chambers.  Plaintiff's email (a copy of which is attached) includes an attachment of emails with the ECF Help Desk, in which Plaintiff repeatedly uses inappropriate and inflammatory language.  He also references another case in which he had access to electronic case filing, *Carter v. Sewell*, 23-CV-1139 (JLR).  Upon review of that docket, and in light of Plaintiff's submissions of March 25, 2024, the Court concludes that Plaintiff should not be permitted access to electronic filing in this case.  Accordingly, the Court's March 21, 2024 endorsement granting Plaintiff's Motion for Permission for Electronic Case Filing is VACATED (although the Clerk of Court should leave it on the docket), *see* ECF No. 16, and **the Clerk of Court is directed not to provide Plaintiff with ECF privileges (or, if they have already been granted, to rescind them).**

Plaintiff is reminded that he may not contact Chambers directly, including but not limited

to telephone, email, or regular mail.  Instead, all communications with the Court must be made through the Pro Se Office in accordance with the Court's Individual Rules and Practices in Civil *Pro Se* Cases.  Failure to comply with this Order and those restrictions, and future filings of an inappropriate or inflammatory nature, may result in sanctions, including dismissal of this case.

This Court certifies, pursuant to Title 28, United States Code, Section 1915(a)(3), that any appeal from this Order would not be taken in good faith, and *in forma pauperis* status is thus denied.  See *Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

**The Clerk of Court is directed to mail a copy of this Order to Plaintiff and, as noted above, directed not to provide Plaintiff with ECF privileges (or, if they have already been granted, to rescind them).**

SO ORDERED.

Dated: March 26, 2024
       New York, New York

_____
JESSE M. FURMAN
United States District Judge

| | |
|---|---|
| **From:** | Darryl C Carter |
| **To:** | Furman NYSD Chambers |
| **Cc:** | Darryl C Carter |
| **Subject:** | Darryl C. Carter v. Molly W. Park: 23-cv-10887-JMF, Issue with the Court"s Order |
| **Date:** | Monday, March 25, 2024 8:55:43 PM |
| **Attachments:** | Darryl C. Carter v. Molly W. Park_ 23-cv-10887-JMF.pdf |
| | 23cv10887_helpdesk_order_032514.pdf |

**CAUTION - EXTERNAL:**

Hon. Jesse M. Furman Chambers:

Please be advised that I hope to only say this once and to make my point resoundingly clear. It is imperative that you take off any rose colored glasses which you may have and realize that these negroes and this WOKE/SWAMP mob are engaging in all manners of fraud and criminal misconduct including the illegal monitoring of my internet connection and illegally wiretapping of my voice communications. They are hell bent on some type of doctored up fraudulent judgment and my case(s) have been targeted because they are Pro Se and pro se cases are treated in an inferior manner by this district, generally, which lends opportunity for them to engage in fraud. This is not a one or two person scheme, it is very well organized. To that end, it might be necessary for the court to be far more vigilant in this case and any matter with my name on it that comes through this court.

As to the specific request, it simply involves fulfillment of the CM/ECF request which is so complicated for the ECF Helpdesk to fulfill (which is their pretext for the back channel fraud activity). Rather than file unnecessary papers, I would like to see how the court would like to proceed on this matter, it may be as simple as your deputy clerk making a five minute phone call to the ECF helpdesk to clear up the matter, so we can move on.

Sorry for this stupid correspondence, but that is where we are at today, the cesspool land of NYC and their never ending fraud schemes wasting your time and mine, at least your time is paid, my time is not.

See two (2) pdfs attached for the complete context.

Regards,

Darryl

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

3/25/24, 8:39 PM                                    Gmail - Darryl C. Carter v. Molly W. Park: 23-cv-10887-JMF, CM/ECF Order

 Gmail                                                                                   Darryl C Carter <dccb.carter@gmail.com>

## Darryl C. Carter v. Molly W. Park: 23-cv-10887-JMF, CM/ECF Order
8 messages

**Darryl C Carter** <dccb.carter@gmail.com>                                              Mon, Mar 25, 2024 at 10:56 AM
To: NYSD CM/ECF Helpdesk <helpdesk@nysd.uscourts.gov>
Cc: Darryl C Carter <dccb.carter@gmail.com>
Bcc: Darryl C Carter <dcclawinfo@legalhotwater.com>

Dear nysd helpdesk:

Please see the attached Order.

Regards,
Darryl

📎 **23cv10887_helpdesk_order_032514.pdf**
500K

**Help Desk NYSD** <Help_Desk@nysd.uscourts.gov>                                         Mon, Mar 25, 2024 at 11:06 AM
To: Darryl C Carter <dccb.carter@gmail.com>

Good morning,

Please clarify what you need from the Help Desk.

B. Cong

Help Desk Services

United District Courts

Southern District of New York

500 Pearl Street New York, NY 10007

(212)-805-0800, ext 2

---

**From:** Darryl C Carter <dccb.carter@gmail.com>
**Sent:** Monday, March 25, 2024 10:56 AM
**To:** Help Desk NYSD <Help_Desk@nysd.uscourts.gov>
**Cc:** Darryl C Carter <dccb.carter@gmail.com>
**Subject:** Darryl C. Carter v. Molly W. Park: 23-cv-10887-JMF, CM/ECF Order

**CAUTION - EXTERNAL:**

3/25/24, 8:39 PM                                  Gmail - Darryl C. Carter v. Molly W. Park: 23-cv-10887-JMF, CM/ECF Order

[Quoted text hidden]

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

---

**Darryl C Carter** <dccb.carter@gmail.com>                                   Mon, Mar 25, 2024 at 11:13 AM
To: Help Desk NYSD <Help_Desk@nysd.uscourts.gov>
Cc: NYSD CM/ECF Helpdesk <helpdesk@nysd.uscourts.gov>, Darryl C Carter <dccb.carter@gmail.com>
Bcc: Darryl C Carter <dcclawinfo@legalhotwater.com>

I need filing access for my existing pacer account which is what the Order requests. I am an existing filer, which you can verify via case number Darryl C. Carter v. Keechant L. Sewell, 23-cv-1139-JLR, so my existing cm/ecf account needs to be linked to this case number per the attached Order which would permit filing and other CM features. Thank You, If you require any further information please let me know but I suspect if you locate the other case i.e. Sewell, you will have all the information required to fulfill the request. And the email address from which you are forwarding this requested, highlighted in yellow, if that is supposed to mean something, is not the email address associated with Helpdesk for this court. Thank You, Darryl

[Quoted text hidden]

---

**Darryl C Carter** <dccb.carter@gmail.com>                                   Mon, Mar 25, 2024 at 11:23 AM
To: PACER System <pacer@psc.uscourts.gov>, Darryl C Carter <dccb.carter@gmail.com>
Bcc: Darryl C Carter <dccb.carter@legalhotwater.com>

PACER:
Perhaps you need to help the local district court (black and asian alliance helpdesk fraud) on how to assign cm/ecf filing access.

Regards,
Darryl
[Quoted text hidden]

---

**Darryl C Carter** <dccb.carter@gmail.com>                                   Mon, Mar 25, 2024 at 11:27 AM
To: GAO Fraud <fraud@gao.gov>, USDOJ Criminal Division <criminal.division@usdoj.gov>
Bcc: Darryl C Carter <dcclawinfo@legalhotwater.com>

Government Accountability Office:
Perhaps you need to look into this problem with the black-asian fraud unity alliance all throughout the second circuit which in this case specifically deals with the state of new york and new york city. Thank You.

[Quoted text hidden]

---

**Help Desk NYSD** <Help_Desk@nysd.uscourts.gov>                              Mon, Mar 25, 2024 at 12:22 PM
To: Darryl C Carter <dccb.carter@gmail.com>

Hi Darryl,

Please advise as to what Pacer login you will be using to file in 23cv10887.

V. Bart

Help Desk Services

United States District Court

Southern District of New York

500 Pearl Street

New York, NY 10007

(212) 805 – 0800 ext. 2

[Quoted text hidden]

---

**Darryl C Carter** <dccb.carter@gmail.com>                                         Mon, Mar 25, 2024 at 12:24 PM
To: AOUSC Inbound <niptfax@ao.uscourts.gov>, USDOJ Criminal Division <criminal.division@usdoj.gov>, Judiciary_Whistleblower@mail.house.gov, Darryl C Carter <dccb.carter@gmail.com>
Cc: Darryl C Carter <dcclawinfo@legalhotwater.com>

Listen, I am tired of the stupid fucking fraud games with your asians and their black bullshit. This asian black puppet for blacks claimed that she did not receive the attached email, does anyone of you receive this email and the attachment. I am tired of your fucking bullshit in your corrupt courts

---------- Forwarded message ---------
From: **Darryl C Carter** <dccb.carter@gmail.com>
Date: Mon, Mar 25, 2024 at 10:56 AM
Subject: Darryl C. Carter v. Molly W. Park: 23-cv-10887-JMF, CM/ECF Order
To: NYSD CM/ECF Helpdesk <helpdesk@nysd.uscourts.gov>
Cc: Darryl C Carter <dccb.carter@gmail.com>

[Quoted text hidden]

📎 **23cv10887_helpdesk_order_032514.pdf**
500K

---

**Darryl C Carter** <dccb.carter@gmail.com>                                         Mon, Mar 25, 2024 at 12:28 PM
To: Mike Lee <senmikelee@lee.senate.gov>, John Kennedy <senator_kennedy@kennedy.senate.gov>, Senator Gillibrand <casework@gillibrand.senate.gov>, Josh Hawley <SenatorHawley@hawley.senate.gov>, Congressman Matt Gaetz <fl01mg.outreach@mail.house.gov>

You Senators need to deal with this bullshit, I am not your court police dealing with corrupt assholes.

Regards,
Darryl

**Forwarded Conversation**
Subject: Darryl C. Carter v. Molly W. Park: 23-cv-10887-JMF, CM/ECF Order
------------------------

From: **Darryl C Carter** <dccb.carter@gmail.com>
Date: Mon, Mar 25, 2024 at 10:56 AM

To: NYSD CM/ECF Helpdesk <helpdesk@nysd.uscourts.gov>
Cc: Darryl C Carter <dccb.carter@gmail.com>

Dear nysd helpdesk:

Please see the attached Order.

Regards,
Darryl

----------
From: **Help Desk NYSD** <Help_Desk@nysd.uscourts.gov>
Date: Mon, Mar 25, 2024 at 11:06 AM
To: Darryl C Carter <dccb.carter@gmail.com>


Good morning,


Please clarify what you need from the Help Desk.


B. Cong

Help Desk Services

United District Courts

Southern District of New York

500 Pearl Street New York, NY 10007

(212)-805-0800, ext 2


From: Darryl C Carter <dccb.carter@gmail.com>
Sent: Monday, March 25, 2024 10:56 AM
To: Help Desk NYSD <Help_Desk@nysd.uscourts.gov>
Cc: Darryl C Carter <dccb.carter@gmail.com>
Subject: Darryl C. Carter v. Molly W. Park: 23-cv-10887-JMF, CM/ECF Order


**CAUTION - EXTERNAL:**


**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

----------
From: **Darryl C Carter** <dccb.carter@gmail.com>

Date: Mon, Mar 25, 2024 at 11:13 AM
To: Help Desk NYSD <Help_Desk@nysd.uscourts.gov>
Cc: NYSD CM/ECF Helpdesk <helpdesk@nysd.uscourts.gov>, Darryl C Carter <dccb.carter@gmail.com>

I need filing access for my existing pacer account which is what the Order requests. I am an existing filer, which you can verify via case number Darryl C. Carter v. Keechant L. Sewell, 23-cv-1139-JLR, so my existing cm/ecf account needs to be linked to this case number per the attached Order which would permit filing and other CM features. Thank You, If you require any further information please let me know but I suspect if you locate the other case i.e. Sewell, you will have all the information required to fulfill the request. And the email address from which you are forwarding this requested, highlighted in yellow, if that is supposed to mean something, is not the email address associated with Helpdesk for this court. Thank You, Darryl

----------
From: **Darryl C Carter** <dccb.carter@gmail.com>
Date: Mon, Mar 25, 2024 at 11:23 AM
To: PACER System <pacer@psc.uscourts.gov>, Darryl C Carter <dccb.carter@gmail.com>

PACER:
Perhaps you need to help the local district court (black and asian alliance helpdesk fraud) on how to assign cm/ecf filing access.

Regards,
Darryl

----------
From: **Darryl C Carter** <dccb.carter@gmail.com>
Date: Mon, Mar 25, 2024 at 11:27 AM
To: GAO Fraud <fraud@gao.gov>, USDOJ Criminal Division <criminal.division@usdoj.gov>

Government Accountability Office:
Perhaps you need to look into this problem with the black-asian fraud unity alliance all throughout the second circuit which in this case specifically deals with the state of new york and new york city. Thank You.

----------
From: **Help Desk NYSD** <Help_Desk@nysd.uscourts.gov>
Date: Mon, Mar 25, 2024 at 12:22 PM
To: Darryl C Carter <dccb.carter@gmail.com>

Hi Darryl,

Please advise as to what Pacer login you will be using to file in 23cv10887.

V. Bart

Help Desk Services

United States District Court

Southern District of New York

500 Pearl Street

New York, NY 10007

(212) 805 – 0800 ext. 2

----------
From: **Darryl C Carter** <dccb.carter@gmail.com>
Date: Mon, Mar 25, 2024 at 12:24 PM
To: AOUSC Inbound <niptfax@ao.uscourts.gov>, USDOJ Criminal Division <criminal.division@usdoj.gov>, <Judiciary_Whistleblower@mail.house.gov>, Darryl C Carter <dccb.carter@gmail.com>
Cc: Darryl C Carter <dcclawinfo@legalhotwater.com>
[Quoted text hidden]

📎 **23cv10887_helpdesk_order_032514.pdf**
500K

Page 1 of 3

March 25, 2024 @ 10:42:03 AM

Help Desk
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

VIA ELECTRONIC MAIL VIA HelpDesk@nysd.uscourts.gov

**RE: Darryl C. Carter v. Molly W. Park et al, Civil Action #: 23-CV-10887-JMF: Order Granting CM/ECF Filing**

Dear NYSD HelpDesk:

Please note the attached Order, Doc #16, Granting CM/ECF. As I am currently a filer in this court, I am unable to request access via Pacer, as the Pacer system recognizes that I am already a filer in this Court. In this case, I am forwarding the request directly to you for fulfillment and the requested case access is listed on the Order itself. Moreover, the case number is listed above, and is **Darryl C. Carter v. Molly W. Park, 23-cv-10887-JMF.** Your assistance fulfilling this request as soon as possible is appreciated.

Sincerely,

/s/ *[signature]*

Darryl C. Carter
Encl: CM/ECF Order doc #16, two (2) pages

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**Darryl Chadwich Carter**

Write the full name of each plaintiff or petitioner.

No. __23__ CV __10887__

-against-

**Molly Wasow Park**

MOTION FOR PERMISSION FOR
ELECTRONIC CASE FILING

Write the full name of each defendant or respondent.

I respectfully ask the Court for permission to participate in electronic case filing ("e-filing") in this case. I affirm under penalty of perjury that:

1. I have reviewed the Court's Electronic Case Filing Rules & Instructions, available at http://nysd.uscourts.gov/ecf_filing.php, and agree to abide by them.

2. I completed the Court's CM/ECF introduction course[1] on **12/28/2022**.

3. I have submitted a Non-Attorney E-File Registration for the PACER system at https://www.pacer.gov/reg_nonatty.html.

4. I understand that once I register for e-filing, I will receive notices and documents only by e-mail in this case and not by regular mail.

5. I understand that if I am granted permission to participate in e-filing, I must file my documents electronically and I may not submit documents to the Pro Se Intake Unit for scanning and docketing.

6. I know how to convert a document to PDF-A format.

7. I have regular access to the technical requirements necessary to e-file successfully:

   ■ a computer with internet access and a word processor

   type of computer I will be using: **Wintel based PC**

---

[1] You may register for the course on the Court's website: http://nysd.uscourts.gov/ecf_training.php.

type of word processor I will be using: __Microsoft Word 2012 or compatible__

- ☒ an e-mail account (on a daily basis) to receive notifications from the Court and notices from the e-filing system

- ☒ a scanner to convert documents that are only in paper format into electronic files

  scanning equipment I will be using: __Flatbed hardware__

- ☒ a PDF reader and a PDF writer to convert word-processing documents into PDF format, the only electronic format in which documents can be e-filed

  version of PDF reader and writer that I will be using:
  __Adobe X compatible__

- ☒ a printer or copier to create required paper copies such as chambers copies.

8. I understand that I must regularly review the docket sheet of the case so that I do not miss a filing.

9. I understand that if my use of the ECF system is unsatisfactory, my e-filing privileges may be revoked, and I will be required to file documents in paper.

__12/12/2023__
Dated

/s/ _[signature]_
Signature

__Darryl Chadwich Carter__
Name

__1734 Webster Avenue__   __Bronx__   __NY__   __10457__
Address                    City        State   Zip Code

__(469) 664-7728__          __dcclawinfo@legalhotwater.com__
Telephone Number            E-mail Address

Application GRANTED. The Clerk of Court is directed to provide Plaintiff with ECF credentials, to terminate ECF No. 5, and to mail a copy of this Order AND a copy of the Court's Order of Service, ECF No. 15, to Plaintiff. SO ORDERED.

_[signature]_
March 21, 2024

2